Before M'KEAN, *Chief Juſtice*,
ATLEE and EVANS, *Juſtices.*

---

## RESPUBLICA *verſus* MOLDER *et al.*

AFTER full argument by *Wilſon*, *Roſs* and *Lewis*, counfel for *Joſhua Molaer* and *John Taylor*, indiſted for treaſon, and of the *Attorney General* and *Reed* in behalf of this Commonwealth :

It is ruled BY THE COURT, That every perſon accuſed, or indiſted of *High Treaſon*, ſhall have a copy of the whole indiſtment (but not the names of the witneſſes) a reaſonable time, not lefs than one day before the trial ; his attorney, counfel, or agent requiring the ſame, and paying reaſonable fees therefor: And ſhall alſo be furniſhed with a copy of the pannel of the jurors who are to try him, duly returned by the Sheriff, and delivered to him, or his counfel, a reaſonable time, not lefs than one day, before his trial.

## RESPUBLICA *verſus* MALIN.

INDICTMENT for *High Treaſon.*—The priſoner, miſtaking a corps of *American* troops for *Britiſh*, went over to them. And now the *Attorney General* offered evidence of words ſpoken by the Defendant, to prove this miſtake, and his real intention of joining and adhering to the enemy.

This was oppoſed by the counfel for the *Defendant*, who contended, that as words did not amount to treaſon, no general evi-

E                                              dence